

COM.

v.

**CUNNINGHAM, J.**

**2111 MDA 2015**

Superior Court of Pennsylvania.

04/13/2017

CP–40–MD–0000745–2015 (Luzerne)

Appeal Dismissed

COM.

v.

**CUNNINGHAM, J.**

**2281 MDA 2015**

Superior Court of Pennsylvania.

04/13/2017

CP–40–MD–0000745–2015 (Luzerne)

Appeal Dismissed

COM.

v.

**COOPER, D.**

**483 MDA 2016**

Superior Court of Pennsylvania.

04/13/2017

CP–21–CR–0001463–2015 (Cumberland)

Affirmed

COM.

v.

**RHODES, L.**

**672 MDA 2016**

Superior Court of Pennsylvania.

04/13/2017

285–ICC–2016 (Luzerne)

Affirmed

COM.

v.

**RAVEN, W.**

**684 MDA 2016**

Superior Court of Pennsylvania.

04/13/2017

CP–40–CR–0003629–2012 (Luzerne)

Affirmed

COM.

v.

**SOTO, R.**

**840 MDA 2016**

Superior Court of Pennsylvania.

04/13/2017

CP–22–CR–0002599–2014 (Dauphin)

Affirmed

